RECEIVED
DEC 14 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Keith Critten         Cr.: 04-398-01
                                        PACTS #: 40063

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 07/28/05

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 77 months custody, 36 months supervised release

Type of Supervision: Supervised Release         Date Supervision Commenced: 11/20/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On March 21, 2011 (C-01184374), August 6, 2011 (B-01937009), September 6, 2011 (C-00044375), October 25, 2011 (B-01937013), and November 14 and 21, 2011 (instant tests) the offender tested positive for PCP use. |
| 2 | On September 16, 2011, the offender was arrested by the Jersey City Police on narcotic charges. On October 11, 2011 he was sentenced in the Hudson County Superior Court on the charge of possession of drug paraphernalia to 26 days time served and $650 in fines. |

U.S. Probation Officer Action:

The offender has agreed to address his drug addiction by enrolling in an inpatient drug treatment program. As such, we ask that no action be taken at this time. The offender understands that continued drug use will result in a formal proceeding before the Court.

The Court's endorsement of this petition will also serve as an official written reprimand to the offender.

Respectfully submitted,

*Donna W Shaw*

By: Donna W. Shaw
U.S. Probation Officer

Date: 11/23/11

*The Court's endorsement of this petition will serve as an official reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other - This petition shall serve as an official written reprimand.

_____
Signature of Judicial Officer

Dec 14, 2011
_____
Date